NUMBER 13-01-289-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 ________________________________________________________________ 



FLUOR DANIEL, INC. , Appellant, 



v.

 

H. B. ZACHRY COMPANY, INC. , Appellee. 

________________________________________________________________ 



On appeal from the 94th District Court 

of Nueces County, Texas

 ________________________________________________________________ 



O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



 Appellant, FLUOR DANIEL, INC. , attempted to perfect an appeal from a judgment entered by the 94th District Court of
Nueces County, Texas, in cause number 97-3543-C . Judgment in this cause was signed on January 2, 2001 . A timely
motion for new trial was filed on January 25, 2001. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due
on April 2, 2001 , but was not filed until April 27, 2001 . An untimely motion for extension of time to file notice of appeal
was filed by appellant on April 27, 2001. Appellant's motion for leave to file motion to extend time to file notice of appeal
was filed on May 2, 2001, and appellee's opposition to appellant's motion to extend time to file notice of appeal was field
on May 2, 2001. 

 The Court, having examined and fully considered the documents on file and appellant's failure to timely perfect its appeal, 
is of the opinion that appellant's motion should be denied and the appeal should be dismissed for want of jurisdiction. 
Appellant's motion to extend time to file notice of appeal and motion for leave to file motion to extend time to file notice of
appeal are denied. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION. 

PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 24th day of May, 2001 .